# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLOTTE BETHLY AND NICOLE
DAVIS, OBO HER MINOR
CHILDREN, NAKIYA DAVIS AND
KHLOE DAVIS

NO.  2021 CW 1626

VERSUS

ACE AMERICAN INSURANCE
COMPANY, JB HUNT TRANSPORT,
INC. AND DARRIS JENNINGS

**JANUARY 14, 2022**

---

In Re:  Ace American Insurance Company, J.B. Hunt Transport,
Inc. and Darris Jennings, applying for supervisory
writs, 18th Judicial District Court, Parish of
Iberville, No. 80228.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED IN PART AND DENIED IN PART.** This writ is
denied as to the portion of the trial court's December 1, 2021
ruling which denied defendants' neuropsychological expert the
ability to conduct testing on plaintiff. This writ is granted
for the limited purpose of prohibiting plaintiffs from making
remarks before the jury or cross-examining defendants'
neuropsychological expert or any witness as to the fact that
such expert did not conduct testing on the plaintiff.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT